

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-5-2004

# Brzozowski v. Corr Phy Ser Inc

Precedential or Non-Precedential: Precedential

Docket No. 02-3659

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Brzozowski v. Corr Phy Ser Inc" (2004). *2004 Decisions.* Paper 759.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/759

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————————

No. 02-3659

———————————————


NOREEN A. BRZOZOWSKI,
                                    Appellant
                    v.

CORRECTIONAL PHYSICIAN SERVICES, INC.;
PRISON HEALTH SERVICES, INC.
                                    Appellee
                _____


BEFORE:  SCIRICA, Chief Judge, SLOVITER, NYGAARD, ALITO,
ROTH, McKEE, RENDELL, BARRY, AMBRO, FUENTES, SMITH, CHERTOFF,
WEIS,* GARTH,[1]* and BECKER*, CIRCUIT JUDGES
                    _____

**SUR PETITION FOR PANEL REHEARING
WITH SUGGESTION FOR REHEARING *EN BANC***
                    _____

The petition for rehearing filed by Appellant having been submitted to the

judges who participated in the decision of this Court, and to all the other available circuit

judges in active service, and no judge who concurred in the decision having asked for

rehearing, and a majority of the circuit judges of the circuit in regular active service not

_____

* As to Panel Rehearing Only

_____

[1]  Judge Garth's Opinion Sur Denial of Rehearing is attached.

having voted for rehearing by the court *en banc,* the petition for rehearing is DENIED.

BY THE COURT:


/s/ Joseph F. Weis
United States Circuit Judge


DATED: April 5, 2004
CLW/cc: Harold I. Goodman, Esq.
       Andrew J. Rolfes, Esq.

## OPINION SUR DENIAL OF REHEARING

*Brzozowski v. CPS, No. 02-3659*

Garth, <u>Senior</u> <u>Circuit</u> <u>Judge</u>:

As a Senior Circuit Judge, I am restricted to voting for panel rehearing. *See* 28 U.S.C. § 46(c) (limiting voting for *en banc* rehearing to active circuit judges). I do not, however, vote for panel rehearing in this case because, even though I dissented from the majority opinion, I believe that voting for panel rehearing would be futile.

On the other hand, if I were not precluded from voting for *en banc* rehearing, I would do so in this instance because I am convinced that the majority opinion has materially changed the three-factor formula announced by Judge Greenberg in *Rego v. ARC Water Treatment Co. of Pennsylvania,* 181 F.3d 396 (3d Cir. 1999), for determining when successor liability is appropriate. In my opinion, the majority has read out of the *Rego* formula the third factor, which considers the ability of the predecessor company to provide adequate relief directly to the plaintiff. *See Rego,* 181 F.3d at 402. This cannot, and should not, be condoned because it modifies the jurisprudence of this Circuit, an act that lies beyond the authority of a three-judge panel. *See* 3d Cir. Internal Operating Procedures § 9.1 (explaining that only the entire court, sitting *en banc,* may overrule a precedential opinion).

Of further concern to me is the majority's failure to acknowledge, and give effect to, the equitable underpinnings of *Rego* and the successor liability doctrine under the circumstances of this case, where the equities all favor the successor company.